Matter of Dunn

2026 NY Slip Op 02766

May 1, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

MATTER OF KAREN CLINTON DUNN, AN ATTORNEY, RESIGNOR.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on May 1, 2026

-

Present: Curran, J.P., Bannister, Montour, Greenwood, And Hannah, JJ. (Filed Apr. 28, 2026.)

[*1]

MEMORANDUM AND ORDER

Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys.